

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
　　　　　　Plaintiff
- vs
**PHILIP GURIAN**
　　　　　　Defendant

CASE NUMBER: CR: **97 CV 3817**
　　　　　　　　　**08-3256-TURNOFF**

REPORT COMMENCING CRIMINAL ACTION
~~38793~~ **-018**

USMS NUMBER
**02294-748**

TO: CLERK'S OFFICE　(MIAMI)　FT. LAUDERDALE　W. PALM BEACH
U.S. DISTRICT COURT　　　　(CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE　N/A.

(1) DATE AND TIME OF ARREST: **09/26/2008  12:55**　AM __　PM ✓

(2) LANGUAGE SPOKEN: **ENGLISH**

(3) OFFENSE CHARGED: **CONTEMPT OF COURT; FAILURE TO APPEAR ON AUG. 16, 2007**

(4) DATE OF BIRTH: **09/25/1961**

(5) TYPE OF CHARGING DOCUMENT:　(CHECK ONE)
　( ) INDICTMENT　　　(X) COMPLAINT TO BE FILED/ALREADY FILED
　(X) BENCH WARRANT FOR FAILURE TO APPEAR
　( ) PROBATION VIOLATION WARRANT
　( ) PAROLE VIOLATION WARRANT
　ORIGINATING DISTRICT: **S/NY**

(6) REMARKS:

(7) DATE: **09/26/2008**　(8) ARRESTING OFFICER: **SEAN SANDLER**
(8) AGENCY: **USMS** ~~Immigration & Customs Enforcement~~　(10) PHONE:

(11) COMMENTS: **SUBJECT ARREST AT MIAMI INT. AIRPORT**